# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

PNC Bank, National Association, successor to National City Bank, successor in interest to Mid America Bank, fsb

    Plaintiff,

v.

Teresa Orozco; Nicor Gas

    Defendants.

Case No. 14 cv 07615

Assigned Judge: James F. Holderman

Magistrate Judge: Jeffrey Cole

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, successor to National City Bank, successor in interest to Mid America Bank, fsb, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

Teresa Orozco

Nicor Gas

and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion attached hereto as Exhibit "1", and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

    PNC Bank, National Association, successor to National City Bank, successor in interest to Mid America Bank, fsb

    By: /s/ Matthew L. Hendricksen
        One of Its Attorneys

James M. Crowley (ARDC #6182597)
Matthew L. Hendricksen (ARDC#6296720)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowleylamb@crowleylamb.com
mhendricksen@crowleylamb.com