Memorandum of Judgment

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

PNC Bank, National Association, successor to National City Bank, successor in interest to MidAmerica Bank, fsb

v.

Teresa Orozco; Nicor Gas

Recorder's Stamp

No. 14 cv 07615

## MEMORANDUM OF JUDGMENT

On Febraury 6, 2015, judgment was entered in this court in favor of the plaintiff PNC Bank, National Association, successor to National City Bank, successor in interest o Mid America Bank, fsb

and against defendant Teresa Orozco

whose address is 2117 Home Avenue, Berwyn, Illinois 60402

in the amount of $518,208.59.

_James F. Holderman_
Judge        Judge's No.

Atty. No.: 6296720
Name: Crowley & Lamb, P.C.
Atty. for: Plaintiff
Address: 221 N. LaSalle Street, Suite 1550
City/State/Zip: Chicago, Illinois 60601
Telephone: (312) 670-6900